IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN MAYS, JR., #150299, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:12-cv-0426-TMH |
| | ) [WO] |
| BOBBY BARRETT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #24) filed on July 31, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #23) entered on July 16, 2013 is adopted;

3. The petitioner's motion for court order granting relief from judgment under Rule 60(b)(6) of the Federal Rules of Civil Procedure is DENIED.

Done this 16th day of October, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE